Peter Kristofer Strojnik, State Bar No. 242728
strojnik@skplaw.com
**THE STROJNIK FIRM LLC**
**A LIMITED LIABILITY COMPANY**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409
Facsimile: (602) 773-0370

Attorneys for Plaintiff THERESA BROOKE

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 2:18-cv-00144-HRH |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| CASA GRANDE SUITES HOLDINGS LLC, | |
| Defendant. | |

    Please take notice that the above case has settled. The parties anticipate memorializing the settlement and filing a dismissal with prejudice within 30 days from the date below written.

    RESPECTFULLY SUBMITTED this 7th day of February, 2018.

    /s/ Peter Kristofer Strojnik
    Peter Kristofer Strojnik (242728)
    Attorneys for Plaintiff